WWR# 21394368

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David T. Lipscomb<br>          Debtor<br><br>Audrey Lipscomb<br>          Co-Debtor<br><br>LSF10 Master Participation Trust<br>          Movant | CASE NO.  17-14574-amc<br>CHAPTER  13<br><br><br><br>**Hearing Date: 12/19/2017**<br>**Hearing Time: 11:00 am** |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, has failed to make the post-petition payments that were due to Movant on the dates listed below and in the amounts listed below:

   (a) Three (3) monthly post-petition payment of $1,408.40, due on 08/01/2017 through and including 11/01/2017.

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

<u>/s/ Keri P. Ebeck</u>
Keri P. Ebeck
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102    (412) 434-7959 fax
Attorney for Movant