WWR# 21394368

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David T. Lipscomb<br>  Debtor<br>Audrey Lipscomb<br>  Co-Debtor<br><br>LSF10 Master Participation Trust<br>  Movant | CASE NO. 17-14574-amc<br>CHAPTER 13<br><br><br><br>**Hearing Date: 12/19/2017**<br>**Hearing Time: 11:00 am** |

REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtors produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 08/01/2017 through and including 11/01/2017, was tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

Respectfully Submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Keri P. Ebeck
Keri P. Ebeck
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102   (412) 434-7959 fax
Attorney for Movant