# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 17-14574-AMC

        DAVID T LIPSCOMB

        5110 CHESTER AVENUE

        PHILADELPHIA, PA 19143

            Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

        DAVID T LIPSCOMB

        5110 CHESTER AVENUE

        PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

        DAVID OFFEN ESQUIRE
        601 WALNUT ST., SUITE 160 WEST

        PHILADELPHIA, PA 19106-

                                    /S/ William C. Miller
Date: 1/11/2018                     _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee