# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14574** |
| **David T. Lipscomb** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **February 27, 2018 at 11:00 a.m.** |
| | : | |
| **David T. Lipscomb** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #5** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Response Deadline, and Hearing Date and Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess the 2014 Honda Accord Sedan 4D Touring 3.5L V6 Auto VIN 1HGCR3F96EA018449.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 14, 2018, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

18-000465_BEW1

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on February 27, 2018 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #5, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   1/30/18

18-000465_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14574** |
| **David T. Lipscomb** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **February 27, 2018 at 11:00 a.m.** |
| | : | |
| **David T. Lipscomb** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #5** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date and Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess the 2014 Honda Accord Sedan 4D Touring 3.5L V6 Auto VIN 1HGCR3F96EA018449 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

David M. Offen, Attorney for David T. Lipscomb, The Curtis Center, 601 Walnut Street, Philadelphia, PA  19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  30 , 2018:

David T. Lipscomb, 5110 Chester Avenue, Philadelphia, PA  19143

18-000465_BEW1

DATE: __1/30/18_____

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-000465_BEW1