WWR# 021394368

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David T. Lipscomb<br>               Debtor<br><br>LSF10 Master Participation Trust<br>               Movant | Case No. 17-14574-amc<br>Chapter 13<br>Related to Document No. 29 &36<br>**Hearing Date:**<br>**Hearing Time:** |

**STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY**

Now this __5th__ day of __February__, 2018. Upon the Motion of LSF10 Master Participation Trust for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that LSF10 Master Participation Trust, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 44 Dogwood Lane, Horsham, PA 19044 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that LSF10 Master Participation Trust be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 02/01/2018 payment which must be paid in full in the amount of $1408.40 to Caliber Home Loans, Inc. c/o LSF10 Master Participation Trust P.O. Box 24330, Oklahoma City, OK 73124, on or before 02/01/2018. The Debtor is to cure Movant's arrears totaling $9481.40 through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 1st day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF10 Master Participation Trust.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

_____
Attorney For Movant
Nathalie Paul
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106

_____
Attorney for the Debtor
David M. Offen
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

_____
David T. Lipscomb

_____
For Trustee Wiliam C. Miller
Chapter 13 Trustee
P.O Box 1229
Philadelphia, PA 19105