United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14574-amc
David T. Lipscomb                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1              Date Rcvd: Feb 05, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +David T. Lipscomb,    5110 Chester Avenue,    Philadelphia, PA 19143-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor David T. Lipscomb dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
               TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI KMcDonald@blankrome.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              NATHALIE  PAUL    on behalf of Creditor    LSF10 Master Participation Trust npaul@weltman.com,
               jbluemle@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

WWR# 021394368

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David T. Lipscomb<br>　　　　　　　　　Debtor<br><br>LSF10 Master Participation Trust<br>　　　　　　　　　Movant | Case No. 17-14574-amc<br>Chapter 13<br>Related to Document No. 29 &36<br>**Hearing Date:**<br>**Hearing Time:** |

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this __5th__ day of __February__, 2018. Upon the Motion of LSF10 Master Participation Trust for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that LSF10 Master Participation Trust, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 44 Dogwood Lane, Horsham, PA 19044 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that LSF10 Master Participation Trust be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 02/01/2018 payment which must be paid in full in the amount of $1408.40 to Caliber Home Loans, Inc. c/o LSF10 Master Participation Trust P.O. Box 24330, Oklahoma City, OK 73124, on or before 02/01/2018. The Debtor is to cure Movant's arrears totaling $9481.40 through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 1st day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF10 Master Participation Trust.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

_____
Attorney For Movant
Nathalie Paul
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106

_____
Attorney for the Debtor
David M. Offen
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

_____
For Trustee Wiliam C. Miller
Chapter 13 Trustee
P.O Box 1229
Philadelphia, PA 19105

_____
David T. Lipscomb