**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **David T. Lipscomb**             **Chapter 13**
          Debtor         **:**      BANKRUPTCY NO. **17-14574-amc**

_____

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR SAWMILL VILLAGE CONDOMINIUM ASSOCIATION

    The undersigned hereby enters his appearance for Sawmill Village Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

Date: February 9, 2018

_____
Stefan Richter, Esquire
Attorney for Movant