# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14574** |
| **David T. Lipscomb** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **February 27, 2018 at 11:00 a.m.** |
| | : | |
| **David T. Lipscomb** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #5** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN
### CHASE BANK, N.A. TO REPOSSESS A 2014 HONDA ACCORD SEDAN 4D TOURING
### 3.5L V6 AUTO (DOCUMENT NO. 48)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on January 30, 2018 at Document No. 48 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 14, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                   /s/ Karina Velter
                                              Karina Velter, Esquire (94781)
                                              Kimberly A. Bonner (89705)
                                              Adam B. Hall (323867)
                                              Sarah E. Barngrover (323972)
                                              Manley Deas Kochalski LLC

18-000465_BEW1

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-000465_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-14574** |
| **David T. Lipscomb** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **February 27, 2018 at 11:00 a.m.** |
| | : | |
| **David T. Lipscomb** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #5** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to Repossess the 2014 Honda Accord Sedan 4D Touring 3.5L V6 Auto VIN 1HGCR3F96EA018449 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

David M. Offen, Attorney for David T. Lipscomb, The Curtis Center, 601 Walnut Street, Philadelphia, PA 19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 15, 2018:

18-000465_BEW1

David T. Lipscomb, 5110 Chester Avenue, Philadelphia, PA  19143

DATE:  2/15/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-000465_BEW1