```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| David T. Lipscomb | : No. 17-14574-AMC |

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Response to Motion for Relief From Stay , filed on February 15, 2018.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
                              215-625-9600
Dated 2/15/18
```