IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 17-14574 |
| David T. Lipscomb | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | ******************* |
| | |
| JPMorgan Chase Bank, N.A. | Date and Time of Hearing |
| Movant, | Place of Hearing |
| | February 27, 2018 at 11:00 a.m. |
| vs | |
| | U.S. Bankruptcy Court |
| David T. Lipscomb | 900 Market Street, Courtroom #5 |
| | Philadelphia, PA, 19107 |
| William C. Miller | |
| Respondents. | |

**ORDER OF COURT**

AND NOW, this ___ day of __Feb__, 20__, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor, a 2014 Honda Accord Sedan 4D Touring 3.5L V6 Auto, VIN 1HGCR3F96EA018449.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-000465_BEW1