United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14574-amc
David T. Lipscomb                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1              Date Rcvd: Feb 27, 2018
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db              +David T. Lipscomb,    5110 Chester Avenue,    Philadelphia, PA 19143-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13993991          E-mail/Text: bk.notifications@jpmchase.com Feb 28 2018 02:24:51      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
            DAVID M. OFFEN    on behalf of Debtor David T. Lipscomb dmo160west@gmail.com,
             davidoffenecf@gmail.com
            JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
            KARINA VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
            KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
             SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
             TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI KMcDonald@blankrome.com
            KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
             IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
             BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkyefile@rasflaw.com
            KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, et. al.
             bkgroup@kmllawgroup.com
            NATHALIE PAUL    on behalf of Creditor    LSF10 Master Participation Trust npaul@weltman.com,
             jbluemle@weltman.com
            REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
             bkgroup@kmllawgroup.com
            STEFAN RICHTER    on behalf of Creditor    Sawmill Village Condominium srichter@clemonslaw.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                           |   |                                          |
|---------------------------|---|------------------------------------------|
| In re:                    | : |                                          |
|                           | : | Case No.: 17-14574                       |
| David T. Lipscomb         | : | Chapter 13                               |
|                           | : | Judge Ashely M. Chan                     |
| Debtor(s)                 | : | * * * * * * * * * * * * * * * * * * *    |
|                           | : |                                          |
| JPMorgan Chase Bank, N.A. | : | Date and Time of Hearing                 |
| Movant,                   | : | Place of Hearing                         |
|                           | : | February 27, 2018 at 11:00 a.m.          |
| vs                        | : |                                          |
|                           | : |                                          |
| David T. Lipscomb         | : | U.S. Bankruptcy Court                    |
|                           | : | 900 Market Street, Courtroom #5          |
|                           | : | Philadelphia, PA, 19107                  |
| William C. Miller         | : |                                          |
| Respondents.              | : |                                          |

### ORDER OF COURT

AND NOW, this ___ day of __Feb__ ___, 201__, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor, a 2014 Honda Accord Sedan 4D Touring 3.5L V6 Auto. VIN 1HGCR3F96EA018449.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-000465_BEW1