# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **David T. Lipscomb** | **Chapter 13** |
| Debtor   : | BANKRUPTCY NO. **17-14574-amc** |

## PRAECIPE TO RELIST MOTION FOR RELIEF FROM AUTOMATIC STAY OF SAWMILL VILLAGE CONDOMINIUM ASSOCIATION

To the Clerk of Court:

Kindly relist the hearing on the Motion for Relief from the Automatic Stay filed by Bensalem Village Condominium Association, to April 24, at 11:00 am, in Courtroom 5.

**Clemons Richter & Reiss, P.C.**

*[signature]*

Dated: March 27, 2018

Stefan Richter, Esquire
Attorney for Spruce Mill