IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  :    CHAPTER 13
                        :
David T. Lipscomb       :    No. 17-14574-AMC
                        :

O R D E R

AND NOW, this __29th__ day of __May_____, 2018, it is hereby ORDERED and DECREED that the Proof of Claim 13-1 of Cavalry SPV I, LLC, as assignee of HSBC Consumer Lending USA, Inc. / Beneficial in the amount of $11,907.70 is DISALLOWED in its entirety.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE