IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :    CHAPTER 13
                            :
David T. Lipscomb           :    No. 17-14574-AMC
                            :

O R D E R

AND NOW, this __29th__ day of __May_____, 2018, it is hereby ORDERED and DECREED that the Proof of Claim 17-1 of Ashley Funding Services, LLC, its successors and assigns as assignee of Syndicated Office Systems, Inc. in the amount of $222.34 is DISALLOWED in its entirety.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE