United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David T. Lipscomb
    Debtor

Case No. 17-14574-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: May 29, 2018
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db            +David T. Lipscomb,    5110 Chester Avenue,    Philadelphia, PA 19143-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14004178        +E-mail/Text: bankruptcy@cavps.com May 30 2018 02:06:21     Cavalry SPV I, LLC,
          500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                                                                                                                                                                                                    TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor David T. Lipscomb dmo160west@gmail.com, davidoffenecf@gmail.com
         JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
         KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkyefile@rasflaw.com
         KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, et. al. bkgroup@kmllawgroup.com
         NATHALIE  PAUL    on behalf of Creditor    LSF10 Master Participation Trust npaul@weltman.com, PitEcf@weltman.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al. bkgroup@kmllawgroup.com
         STEFAN  RICHTER    on behalf of Creditor    Sawmill Village Condominium srichter@clemonslaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                        TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    CHAPTER 13
                      :
David T. Lipscomb     :    No. 17-14574-AMC
                      :

O R D E R

AND NOW, this  29th   day of   May  , 2018, it is hereby ORDERED and DECREED that the Proof of Claim 13-1 of Cavalry SPV I, LLC, as assignee of HSBC Consumer Lending USA, Inc. / Beneficial in the amount of $11,907.70 is DISALLOWED in its entirety.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE