```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                            : CHAPTER 13
                                       :
     David T. Lipscomb                  : No. 17-14574-AMC
```

**PRAECIPE   TO   WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Proof of Claim 9-1, filed on April 27, 2018.

```
                                /s/ David M. Offen
                                David M. Offen, Esquire
                                Curtis Center, 1st Fl., Ste. 160 W
                                601 Walnut Street
                                Philadelphia, PA  19106
                                215-625-9600
Dated 6/1/18
```