United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14574-amc
David T. Lipscomb                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 2             Date Rcvd: Nov 13, 2018
                               Form ID: 152                Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db             +David T. Lipscomb,    5110 Chester Avenue,    Philadelphia, PA 19143-4311
13999236        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13947209       +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
13947210       +Audrey P Lipscomb,    44 Dogwood Lane,    Horsham, PA 19044-1936
13947211       +Audrey T Lipscomb,    44 Dogwood Lane,    Horsham, PA 19044-1936
13947214        Citimortgage Inc,   Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
13947215       +Continental Property Management,    975 Easton Road   Suite 102,    Warrington, PA 18976-1858
14010724       +LSF10 MASTER PARTICIPATION TRUST,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13961868       +LSF10 Master Participation Trust,    c/oJEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                 1617 JFK Boulevard,   Philadelphia, PA 19103-1821
13947217       +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
13947218       +Milstead & Associates LLC,    1 E Stow Road,   Marlton, NJ 08053-3118
13947219       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
13947223       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13950384       +Sawmill Village Condominium Assoc,    975 Easton Road,   Suite 102,    Warrington PA 18976-1858
13951330       +U.S. Bank National Association,    c/o Robertson, Anschutz & Schneid, P.L.,
                 Bankruptcy Department,    6409 Congress Avenue,   Suite 100,    Boca Raton, FL 33487-2853
14000829       +U.S. Bank National Association,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
                 PO Box 619094,   Dallas, TX 75261-9094
13979103        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
13947227       +Wells Fargo Home Projects Visa,    Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335
13947224        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 14 2018 03:08:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2018 03:07:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2018 03:08:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13947204       +E-mail/Text: bkrpt@retrievalmasters.com Nov 14 2018 03:07:55
                 AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13947208       +E-mail/Text: broman@amhfcu.org Nov 14 2018 03:07:58     American Heritage Fcu,
                 2060 Red Lion Rd,   Philadelphia, PA 19115-1699
14024073        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 03:01:28
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14034300        E-mail/Text: megan.harper@phila.gov Nov 14 2018 03:08:09     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13947212       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 03:01:25     Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14004178       +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 03:08:01     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13947213       +E-mail/Text: bk.notifications@jpmchase.com Nov 14 2018 03:07:44     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
13947216       +E-mail/Text: cio.bncmail@irs.gov Nov 14 2018 03:07:40     Internal Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13993991        E-mail/Text: bk.notifications@jpmchase.com Nov 14 2018 03:07:44     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13970419        E-mail/PDF: cbp@onemainfinancial.com Nov 14 2018 03:01:20     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13947220       +E-mail/PDF: cbp@onemainfinancial.com Nov 14 2018 02:59:53     OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,   Evansville, IN 47708-1013
13947222       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 14 2018 03:07:42     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14007857       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 14 2018 03:07:42     PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
13997054        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 03:00:38
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13947612       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 02:59:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13967523       +E-mail/Text: bankruptcy@philapark.org Nov 14 2018 03:08:16     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Nov 13, 2018
                               Form ID: 152                Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14013320          E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 03:07:44
                  Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
13947225         +E-mail/Text: bankruptcy@savit.com Nov 14 2018 03:08:17      Savit Coll,    Po Box 250,
                  East Brunswick, NJ 08816-0250
14103646         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2018 03:12:01       Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13995176          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2018 03:12:01       Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
13947226          E-mail/Text: megan.harper@phila.gov Nov 14 2018 03:08:09      Water Revenue Bureau,
                  1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13947205*        +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                  Elmsford, NY 10523-1615
13947206*        +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                  Elmsford, NY 10523-1615
13947207*        +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                  Elmsford, NY 10523-1615
13947221*        +OneMain,   Attn: Bankruptcy,    601 Nw 2nd St,   Evansville, IN 47708-1013
                                                                                         TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor David T. Lipscomb dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
              KARINA VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
               TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              NATHALIE PAUL    on behalf of Creditor    LSF10 Master Participation Trust npaul@weltman.com,
               PitEcf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              STEFAN RICHTER    on behalf of Creditor    Sawmill Village Condominium srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David T. Lipscomb
    Debtor(s)

Case No: 17−14574−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 12/11/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

97 – 94
Form 152