# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14574-AMC

DAVID T LIPSCOMB

5110 CHESTER AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DAVID T LIPSCOMB

  5110 CHESTER AVENUE

  PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 4/8/2019

                          /S/ William C. Miller
                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee