# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID T. LIPSCOMB | : | BK. No. 17-14574 AMC |
| | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| LSF10 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | |
| DAVID T. LIPSCOMB | : | 11 U.S.C. §362 |
| | : | |
| Respondents | : | |
| | : | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 11th day of April, 2019, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 44 DOGWOOD LANE, HORSHAM, PA 19044-1936(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE    )DAVID LIPSCOMB
(TRUSTEE)                    5110 Chester Avenue
P.O. BOX 1229                Philadelphia, PA 19143
PHILADELPHIA, PA 19105

AUDREY LIPSCOMB

DAVID M. OFFEN, ESQUIRE
601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

44 DOGWOOD LANE
HORSHAM, PA 19044-1936

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107