```
                IN THE UNITED STATE BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In      David T. Lipscomb        )    Chapter 13
    Re:         Debtor               )
                                     )    No. 17-14574-amc
                                     )
```

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor

Date:4/12/19