```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 17-14574-amc
David T. Lipscomb                                                   Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 3          Date Rcvd: Sep 03, 2019
                              Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db             +David T. Lipscomb,    5110 Chester Avenue,    Philadelphia, PA 19143-4311
cr             +Sawmill Village Condominium,    c/o Stefan Richter, Esquire,    Clemons Richter & Reiss, P.C.,
                 2003 South Easton Road,    Suite 300,    Doylestown, PA 18901-7100
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCE,    ROBERTSON, ANSCHUTZ, & SCHNEID, PL,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
                 Suite 100,    Boca Raton, FL 33487-2853
cr             +U.S. Bank National Association,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
                 Suite 100,    Boca Raton, FL 33487-2853
13999236        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13947209       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13947210       +Audrey P Lipscomb,    44 Dogwood Lane,    Horsham, PA 19044-1936
13947211       +Audrey T Lipscomb,    44 Dogwood Lane,    Horsham, PA 19044-1936
13947214        Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
13947215       +Continental Property Management,    975 Easton Road   Suite 102,    Warrington, PA 18976-1858
14010724       +LSF10 MASTER PARTICIPATION TRUST,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13961868       +LSF10 Master Participation Trust,    c/oJEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                 1617 JFK Boulevard,    Philadelphia, PA 19103-1821
13947217       +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
13947218       +Milstead & Associates LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
13947219       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
13947223       +PGW,   1800 North 9th Street,    Philadelphia, PA 19122-2021
13950384       +Sawmill  Village Condominium Assoc,    975 Easton Road,    Suite 102,    Warrington PA 18976-1858
13951330       +U.S. Bank National Association,    c/o Robertson, Anschutz & Schneid, P.L.,
                 Bankruptcy Department,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
14000829       +U.S. Bank National Association,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
                 PO Box 619094,    Dallas, TX 75261-9094
13979103        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
13947227       +Wells Fargo Home Projects Visa,    Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335
13947224        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 04 2019 03:24:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2019 03:24:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2019 03:24:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:26:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13947204       +E-mail/Text: bkrpt@retrievalmasters.com Sep 04 2019 03:24:12
                 AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13947208       +E-mail/Text: broman@amhfcu.org Sep 04 2019 03:24:15      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14024073        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2019 03:25:15
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14034300        E-mail/Text: megan.harper@phila.gov Sep 04 2019 03:24:30      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13947212       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:25:11      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14004178       +E-mail/Text: bankruptcy@cavps.com Sep 04 2019 03:24:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13947213       +E-mail/Text: bk.notifications@jpmchase.com Sep 04 2019 03:23:56      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
13947216       +E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 03:23:53      Internal Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13993991        E-mail/Text: bk.notifications@jpmchase.com Sep 04 2019 03:23:56      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13970419        E-mail/PDF: cbp@onemainfinancial.com Sep 04 2019 03:26:46      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13947220       +E-mail/PDF: cbp@onemainfinancial.com Sep 04 2019 03:25:59      OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
13947222       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 04 2019 03:23:54       PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 3            Date Rcvd: Sep 03, 2019
                               Form ID: pdf900             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14007857       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 04 2019 03:23:54      PECO Energy Company,
                 2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
13997054        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 03:26:02
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13947612       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 03:26:49
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13967523       +E-mail/Text: bankruptcy@philapark.org Sep 04 2019 03:24:35      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14013320        E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2019 03:23:57
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
13947225       +E-mail/Text: bankruptcy@savit.com Sep 04 2019 03:24:37      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
14103646       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2019 03:26:05      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13995176        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2019 03:25:14      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
13947226        E-mail/Text: megan.harper@phila.gov Sep 04 2019 03:24:30      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13947205*      +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1615
13947206*      +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1615
13947207*      +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1615
13947221*      +OneMain,   Attn: Bankruptcy,   601 Nw 2nd St,   Evansville, IN 47708-1013
                                                                                  TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor David T. Lipscomb dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
          KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER
           TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
           BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRI kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, et. al.
           bkgroup@kmllawgroup.com
          NATHALIE  PAUL    on behalf of Creditor    LSF10 Master Participation Trust npaul@weltman.com,
           PitEcf@weltman.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, et. al.
           bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    LSF10 Master Participation Trust
           robert.davidow@phelanhallinan.com
          STEFAN  RICHTER    on behalf of Creditor    Sawmill Village Condominium srichter@clemonslaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: ChrissyW               Page 3 of 3                  Date Rcvd: Sep 03, 2019
                              Form ID: pdf900              Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                           TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID T LIPSCOMB                                     Chapter 13

                    Debtor                          Bankruptcy No. 17-14574-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __3rd__ day of __September__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
DAVID T LIPSCOMB

5110 CHESTER AVENUE

PHILADELPHIA, PA 19143